U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED AUG 3 1 2026
EDC
CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA :
:
versus : CRIMINAL NO. 26-cr-100-SDD-RLB
:
JOVAN RENEE DARBONNE :

**NOTICE OF DEFENDANT'S INTENT TO**
**WAIVE INDICTMENT AND PLEAD GUILTY**

NOW INTO COURT comes the United States of America through Kurt Wall, United States Attorney for the Middle District of Louisiana, by Stephen Vick, Assistant United States Attorney, and respectfully represents that the defendant herein, **JOVAN RENEE DARBONNE**, has advised the United States of her intent to plead guilty to the charges set forth in the Bill of Information. The defendant has agreed, in written plea agreement, to waive her right to indictment on the charges in open court at arraignment, and the United States anticipates that the defendant and her counsel will execute a separate, written Waiver of Indictment prior to the arraignment.

Dated and submitted this 31st day of August, 2026, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

Stephen Vick, LBN: 39515
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: stephen.vick@usdoj.gov